## Alabama Great Southern R. R. Co. v. Jacoway.

APPEAL from DeKalb Circuit Court.

Tried before the Hon. JAMES A. BILBRO.

GOODHUE & SIBERT, for appellant.

DAVIS & HARALSON, *contra.*

This action was brought by the appellee against the Alabama Great Southern Railroad Company, to recover damages resulting to the plaintiff by reason of water collecting and being precipitated on the plaintiff's land by reason of obstructions caused by the defendant.

There was judgment for the plaintiff, and the defendant appeals. The judgment is affirmed on the authority of *S. A. & M. Railway v. Buford*, 106 Ala. 303.

Opinion by HARALSON, J.